```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CEDRIC GALETTE, | : | CIVIL ACTION |
| | : | No. 15-5636 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this **24th** day of **March, 2017**, upon consideration of the motion for summary judgment filed by the Commissioner (ECF Nos. 18 & 19), and the responses thereto (ECF Nos. 20-21), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Commissioner's motion is **GRANTED**;

2. Judgment is **ENTERED** in favor of the Commissioner of the Social Security Administration and against Plaintiff; and

3. The Clerk of Court shall mark this case **CLOSED**.

   **AND IT IS SO ORDERED.**


            /s/ Eduardo C. Robreno
            **EDUARDO C. ROBRENO,    J.**